UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| BRICE DAVID LITTON | ) | CASE NO 18-07459-RLM-7A |
| KATIE MARIE LITTON | ) | |
| Debtors. | ) | |

**TRUSTEE'S MOTION FOR TURNOVER OF PROPERTY OF ESTATE
AND NOTICE OF OBJECTION DEADLINE**

Comes Now Joanne B. Friedmeyer, the duly appointed Trustee herein, and for her Motion for Turnover of Property of the Estate, would show the Court as follows:

1. Pursuant to 11 U.S.C. §542(a), the Debtor is required to deliver to the Trustee all property of the estate which the Trustee may use.

2. The Trustee requests the Court order the turnover of the following documentation and/or estate property:

2018 State and Federal Tax Returns and any non-exempt refunds shown thereon.

**NOTICE IS GIVEN** that any objection must be filed with the Bankruptcy Clerk within **21 days** from date of service [or such other time period as may be permitted by pursuant to Fed.R. Bankr.P. 9006(f)]. Those not required or not permitted to file electronically must deliver any objection by U.S. mail, courier, overnight/express mail, or in person at:

**Indianapolis**
116 U.S. Courthouse
46 East Ohio St
Indianapolis, IN 46204

The objecting party must ensure delivery of the objection to the trustee. **If an objection is NOT timely filed, the requested relief may be granted.**

WHEREFORE, pursuant to 11 U.S.C. §542, the Trustee requests the Debtor be ordered to turn over the foregoing documentation and/or estate property, and grant such other relief as is just and proper.

/s/ Joanne B. Friedmeyer
Joanne B. Friedmeyer (#10819-49)
JOANNE B. FRIEDMEYER, P.C.
9425 N Meridian Street #186
Indianapolis, IN 46260
Telephone:   (317) 755-3103
Facsimile:    (317) 257-5676
JFriedmeyer@FriedmeyerLaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2019 a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's System.

Office of the U.S. Trustee  ustpregion10.in.ecf@usdoj.gov
Joseph B. Barker  josephbb@yahoo.com

I hereby further certify that on March 27, 2019 a copy of the foregoing was served upon
Brice David Litton
Katie Marie Litton
213 N. State Road 67 South
Martinsville, IN 46151

by United States first-class mail, postage prepaid.

/s/ Joanne B. Friedmeyer
Joanne B. Friedmeyer (#10819-49)
JOANNE B. FRIEDMEYER, P.C.
9425 N Meridian Street #186
Indianapolis, IN 46260
Telephone:  (317) 755-3103
Facsimile:   (317) 257-5676
JFriedmeyer@FriedmeyerLaw.com